UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RECEIVED AND FILED
Oct 25  3 31 PM '02

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CR-S-02-554-JCM(RJJ)   BY
vs. )
) Date: OCTOBER 23, 2002
BRUCE BARTON, ) Time: 11:20 am to 11:55 am
)
Defendant. )
X WAIVER OF INDICTMENT (Rules 7(b), 10, 11 & 20 (a)& (b))
X ARRAIGNMENT & PLEA on Indictment or Information
where a **guilty or nolo contendere** plea is tendered.
__ ARRAIGNMENT & PLEA (Rule 20 from the _____
District of _____)

PRESENT:
THE HONORABLE __JAMES C. MAHAN,_____, United States District Judge

DAVID OAKES                    JOY HINCK                       _____
Deputy Clerk                   Court Recorder                  Interpreter

Kathleen Bliss                 Lawrence Schoenbach             Cassie Reed, Shirley Burgess
Assistant U. S. Attorney       Defense Counsel__Apt._X_Rtnd__AFPD   Pretrial Officer

Defendant is **XX** present and **XX** sworn.   ___In Custody   __On Summons   XX_On Bond $ **P.R.BOND**

__ Defendant is questioned as to the correctness of the Financial Affidavit.  __ The office of the Federal Public
Defender __ CJA panel attorney _____ is appointed as defense counsel.
__ Defense counsel is retained and is given a "Designation of Retained Counsel" by the deputy clerk.

XX Defendant and his counsel execute and file a waiver of indictment.  __ Misdemeanor charge (no waiver required).
XX Information (new case) ____ Superseding Information __ Indictment ___ filed __ previously filed.
  **XX** Defendant is given a copy of the **XX** Information __Superseding Information __ Indictment.

XX True name__SAME_____ Age 69   Education __8th Grade_____

XX Defendant enters a plea of **XX** guilty __ **nolo contendere** to count(s) **1 OF THE INFORMATION**
XX Court accepts the defendant's plea. __ Court rejects the defendant's plea and enters a **not guilty** plea to each count on behalf of
the defendant. __ This case is scheduled for **jury trial** on _____, 19__ at _____ am/pm; with calendar call on ___
_____, 20 ___ at _____ am/pm.

__ Court **ORDERS** this case returned to the _____ District of _____ pursuant to (Rule 20(b) & (c)).

XX There is a **XX** non-binding __ binding plea agreement. __ The Court defers acceptance or rejection of the binding plea agreement
until the time of sentencing. __The Court approves the binding plea agreement.

__ There being no objection from government counsel, the defendant and his/her counsel waive the presentence investigation and report.
The Court proceeds with sentencing. (See sentencing minutes.)

XX This matter is referred to the probation department for investigation and report and continued to **10:00 am, Monday, January
13**, 2002 X_ for sentencing before **Judge James C. Mahan in Courtroom 6A** and_ disposition of the following as to this defendant:

_____

XX  Amended Special Order 86 given to defense counsel.

___ Bond is set.  _XX_ PR  ___ $ _____  ___ Unsecured  ___ Secured by ___% cash  ___ Corporate Surety
___ Property  (See below for special conditions of release.)  **No conditions of release set.**

___ Bond is executed; defendant is released.  ___ Bond is **NOT** executed; defendant to remain in the U. S. Marshal's custody pending:
_____

___ The defendant is remanded to custody.  _X_ Defendant is continued on his/her present terms of release.

## SPECIAL CONDITIONS OF RELEASE

___ Maintain/seek employment. Notify Pretrial prior to any change.
___ Travel restricted to the following, unless prior authorization received from Pretrial: _____ _____
___ Maintain residence at: _____ and notify Pretrial prior to any change.
_XX_ Report as directed to the following agency: **Pretrial Services**          .
___ Refrain from possessing firearms, explosives or dangerous weapons.
___ Refrain from excessive use of alcohol and/or any use of or possession of controlled substances unless prescribed by a licensed physician.
___ Subject to alcohol/drug monitoring as directed by Pretrial Services.
___ Submit to initial urinalysis as directed; if positive, Pretrial is to notify the Court.
___ Submit to initial urinalysis as directed; if positive, then subject to drug monitoring.
___ Counseling/treatment is authorized during pendency of release.
___ Subject to search of person, residence and/or vehicle as directed by Pretrial Services.
___ Surrender any passport to _____.
___ Obtain no passport.
___ Refrain from association with the following people: _____
_____
___ Other:_____

___ Other:

LANCE S. WILSON, Clerk
United States District Court

*[signature]*

DAVID OAKES, Deputy Clerk

Waive-in.dj
Rev. 9/97