DANIEL G. BOGDEN
United States Attorney
KURT P. SCHULKE
Chief, Criminal Division and
ERIC JOHNSON
Organized Crime Strike Force
KATHLEEN BLISS
Assistant U.S. Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6418

Attorneys for the Government

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRUCE BARTON,<br><br>    Defendant. | CR-S-02-554-JCM(RJJ)<br><br>STIPULATION TO CONTINUE<br>SENTENCING DATE AND<br>PROPOSED ORDER<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between, Daniel G. Bogden, United States Attorney, District of Nevada, Kurt P. Schulke, Chief, Criminal Division, Eric Johnson, Chief, Organized Crime Strike Force, and Kathleen Bliss, Assistant United States Attorney, and Mace Yampolsky, Esq., local counsel for Defendant BRUCE BARTON, that the sentencing currently scheduled for January 13, 2002, at 10:00 a.m., be vacated and continued for approximately ninety days.

This stipulation is entered into for the following reasons:

1. On October 23, 2002, Defendant BRUCE BARTON pled guilty and agreed to cooperate with the Government.

2. Defendant BARTON is currently working with Government agents in an ongoing investigation.

3. Counsel for Defendant BRUCE BARTON and Government counsel agree that additional time is needed to fully evaluate the extent of Defendant BARTON's cooperation.

4. The parties agree that the reasonable delay requested herein is necessary for the purpose of determining an important sentencing factor which is not presently capable of being resolved pursuant to Fed. R. Crim. P. 32(b)(4)(B).

5. Consequently, the Government requests the sentencing in the instant case be postponed for approximately ninety days.

6. This is the first request for a continuance of Defendant BARTON's sentencing date.

DATED this 9th day of January, 2003.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
MACE YAMPOLSKY, Esq.
625 South 6th St.
Las Vegas, Nevada 89101
Local Counsel for Defendant
BRUCE BARTON

_____
KATHLEEN BLISS
Assistant U.S. Attorney
Organized Crime Strike Force

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR-S-02-554-JCM(RJJ) |
| ) | |
| BRUCE BARTON, ) | O R D E R |
| ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, Federal Rules of Criminal Procedure 32(b)(4)(B) and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing currently scheduled for January 13, 2003, at 10:00 a.m. be vacated and continued to the _14th_ day of _April_, 2003, at the hour of _9:00AM_

DATED this _13th_ day of January 2003

_____
JAMES C. MAHAN
United States District Judge

3