RECEIVED
FILED   SERVED ON
ENTERED   COUNSEL/PARTIES OF RECORD

JUL 30

CLERK AS DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# PETER E. BERNEY

### 350 KACHINA CIRCLE
### LAS VEGAS, NEVADA 89123
### PHONE: (702) 325-0553
### FAX:   (702) 492-9431
### e-mail: peterberney@yahoo.com

CR-S-02-554-JCM(CRJJ)

July 14th, 2004

To Whom It May Concern
Justice Dept.

I have personally known Bruce Barton since 1989 and he is as close to being a Father to me as My own Father who passed away in 1993.

He has always been unquestioning in his support of my activities and at this point in time I feel the burden of guilt for utilizing his unswerving faith in me to assist me when the Authorities were seeking me.

To be truthful, Bruce was totally unaware of the reality of my situation at that time and He assisted me only with the thought of protecting me. Consequences of His actions were not a major priority for him. He is the most loyal, giving person that I have met. He is as close to being my family as is possible and I love him very much.

It is a shame that due to my past activities, Bruce is being subjected to the current predicament of being responsible for my past actions.

Even after all my trouble, Bruce has been there for me and supportive with unquestioning loyalty.

I am strictly to blame for the resultant dilemma that Bruce is undergoing. He should not be blamed for his actions. I take



that responsibility. **He did what most parents would do for their children. He is that close to me.**
**I am hoping that the concerned authorities judge him by his past and all the friends that he has made in the many years of living here in Las Vegas, Nevada.  He is truly a wonderful man.**

**Sincerely,**

**Peter E. Berney**

To Whom It May Concern:

I have known Bruce Barton for 18 years.  I met him at Meadowlark Airport in Huntington Beach, CA., with my brother-in-law.   My brother-in-law and Bruce were both interested in small aircraft and that is how our friendship started..   We live in Downey, CA and he lived in Las Vegas.  Later we moved to Las Vegas, (1987). Since then I have had daily contact with Bruce Barton.  When I was hospitalized,  8 times, and Bruce was a daily visitor to make sure I had everything I needed.  We had a group of men who met at Bruce's property where they would repair thier airplanes and other things.  I was there on a regular basis.

Bruce would do anything to help anyone at any time.  He has been a loyal friend all these years I would trust him at any time.

Bruce takes care of his mother and sister, in Oklahoma, when they need any help at all.
He would help take care of any of his friends whenever they would need help.

Bruce has gone out of his way to be helpful to any of his friends and even strangers.

*Darrell A Tegels*

Darrell A. Tegels

P.S : I also appreaciate that Bruce has came by my house every morning + takes me out for coffee since I am unable to drive for the past 5 years.

TO WHOM IT MAY CONCERN,

I, KARL KOLLER, HAVE PERSONALLY KNOWN BRUCE BARTON FOR NEARLY FIFTEEN YEARS. AS A NEIGHBOR AND PERSONAL FRIEND. OVER THIS PERIOD OF TIME WE HAVE NEVER HAD ANY TROUBLE BETWEEN US. MR BARTON IS RELIABLE AND VERY TRUST-WORTHY. THIS IS ONE PERSON YOU CAN TOTALLY RELY UPON IN ANY SITUATION. I KNOW I CAN TRUST HIM WITH MY PERSONAL PROPERTY OR THE PROPERTY OF OTHERS. IF MR BARTON TELLS YOU THAT THIS SITUATION IS, THE WAY IT WILL BE, YOU CAN DEPEND, THAT IS HOW IT WILL BE! HIS WORD IS HIS BOND. THIS IS A GOOD PERSON, AND IT WILL BE TO MY BENIFIT TO CONTINUE TO BE HIS PERSONAL FRIEND.

Karl Koller

702-845-5000

Daniel W Nezgoda
7020 W Meranto
Las Vegas NV 89124

Letter of Reference

7/12/04

To Whom it may concern,

I have known Bruce Barton for 5 years. I have had dealings with him not only as a friend, but also in business and as a tenant. Bruce has been nothing but honest in all of our dealings and generous to a fault, many times to his own detriment. In addition, I have observed Bruce exhibit the same honesty, sincerity, and generosity with others who I am acquainted with.

Sincerely yours,

Daniel W Nezgoda
7020 W Meranto
Las Vegas NV 89124

To whom it may concern,

Character reference for Bruce Barton:

I have known Mr. Bruce Barton for 15 years. As a friend and roommate. Bruce is a easy going, good natured, honest person. He is known for his selfless nature and giving of this time and money. He has help friends and neighbor. If he has a fault it would be very loyal to his friends.

Sincerely, Robert K. McBride
            7100 W. Gomer Rd.
            Las Vegas, Nevada 89124

12 July 2004

July 12, 2004

To Whom It May Concern:

I have been asked to give a character reference for Mr. Bruce Barton.  I find that this is a fairly easy task considering he is such a character.

When I first bought my property down the street from Bruce in 1992, I was looking to get out of the fast paced lifestyle of Las Vegas, which is why I chose a couple of acres 5 miles from the outskirts of town.  I found a neighborhood where people didn't have to lock their doors, and everybody knew their neighbors.  Neighbors that looked out for each other, and would offer assistance even before you knew that you needed it.  Bruce is such a neighbor.

My property, back when I bought it, was a dump.  There was about 90 old cars on it and more trash and debris than I care to remember.  It has taken many years of hard work to clear the land and make it the place that it is today.  I could not have done this without the expertise and guidance that Bruce has given.  He has loaned me equipment that has made the impossible jobs possible.  When my equipment has broken down, he has fixed it.  He has never asked for anything in return, and when payment was offered, he has refused to take it.  He has shown me that anything can be accomplished, all you have to do is try.

Over the years, I have found Bruce to be an honest hard working man whose integrity is above reproach.  When he tells you something, you know that you don't need a second opinion.  They are the words of a man who has experienced life, and doesn't mind sharing it with others.  In fact he seems to take great joy in sharing with others.  Bruce has one of the last private runways in the Las Vegas valley.  It is partially because he enjoys seeing the look on peoples faces when he offers to take them for a ride.  In all the years I have known him, I don't think that he has ever accepted any form of payment other than the ear to ear grins that his passengers have when they land.  Of course, they might just be happy to have landed safely.

I consider it an honor to know Bruce Barton and consider myself enriched because of him.  I am willing to do anything that he asks of me because I know that he would do the same for me, or for anyone else.

Sincerely,

W. David Mason
9730 S. Monte Cristo Way
Las Vegas, NV  89178
702-355-5999
44 year resident, Las Vegas, NV

07/12/04

To Whom it May Concern

I am a seventy-four old retired Aerospace Engineer currently living in CAL-NEV-ARI, NV. My career included employment with: Jet Propulsion Laboratory, Pasadena California- Lockheed Aerospace, Houston, Texas- Martin Marietta, Denver, Colorado- and Ball Aerospace, Boulder, Colorado. I am now permanently retired.

I met Bruce N. Barton in 1959 in California. We have been friends since that time. In addition to sharing our interest in airplanes, we have been close friends all these years. Bruce has always exhibited impeccable character and honesty. He has helped me on numerous occasions with my airplane and I have observed he has many friends from all walks of life. Many of us that have known him well for many years, marvel at his kindness and willingness to help a friend at any time. I cannot imagine Bruce doing anything that would be detrimental to anyone at any time. I hope this letter helps to establish his good character and I am willing to testify on his behalf at any time.

Cecil C. Hill

PO Box 490
CAL-NEV-ARI, NV 89039
Phone (702) 297-1579
e-mail cecil89039@aol.com

July 12, 2004

To whom it may concern;

Bruce Barton and I have known each other for some thirty-three years. During all those years, he has been like a brother to me.

Bruce is without a doubt the most honest, decent man I have ever had the pleasure of knowing. His character is impeccable, he has been totally above board, and always fair.

Bruce is the type of man that one would welcome as a close friend. He is a very generous and hospitable man. I know for a fact that if a man needed it, Bruce would gladly give the shirt off his back.

Bruce has more close friends than any man I have ever known. I know without a doubt that all of them would stand up for him at a moments notice. He is the epitome of what a man could ever ask in a close friend.

Bruce Barton is a good SAMARITAN who is always there to help his friends.

Sincerely,

Jesse R. Cox
(702) 735-2747

# Pacific International Aviation Services

July 13, 2004

To Whom It May Concern:

I met Bruce Barton shortly after moving to Las Vegas in 1974. I have found him, over the years, to be a very honest and reliable person.

I have been in business in the Las Vegas area since 1974, belong to the Chamber of Commerce, Better Business Bureau, Elk's Club, Shriner's and am proud to be a Nevada resident. Over the years I have observed Bruce offering assistance to people in need as well as being a good neighbor.

PACIFIC INTERNATIONAL AVIATION SERVICES

J.A. Schoumaker
President



# animal inn

### A DIVISION OF AMERICAN ANIMAL SERVICES INC.

July 9, 2004

To Whom It May Concern:

I am pleased to offer a letter of reference for Mr. Bruce Barton.

I have personally known Bruce since 1991 through the Animal Inn Kennels. He has time and again offered his assistance to the Animal Inn by running errands or doing fix it jobs or maintenance. Anytime we call he makes himself available. He has proved to be a dependable and conscientious person. Bruce is a hard-working and trustworthy individual.

AMERICAN ANIMAL SERVICES INC

Beth A. Vece
Director Operations

July 13, 2004

To Whom It May Concern:

This is to affirm that I have personally known Bruce N. Barton for a period in excess of thirty years.   During this period, we have been associated privately and professionally in countless ventures.  It is with most sincere respect for him that I have observed his caricature and integrity to be far above reproach.  If any other information is required fell free to contact me at (702) 419-8448 or 732 Kendall Lane Boulder City, NV 89005.


Thank you,

Luther E. Tate
Col USAF Retired

July 13, 2004

To whom it may concern,

      I have been a personal friend of Bruce Barton for 16 years. And all the years I've been associated with Mr. Barton, I have known him to be nothing but an honest and upstanding person. Someone that I would trust my life with. I work and fly and sometimes travel with him on a weekly basis. He never has anything bad to say about anyone. He continually goes out of his way to help others. Even those he has known for short periods of time. In short Bruce Barton in my opinion is a SOLID CITIZEN, And a good Friend.

      Sincerly,

Joseph K. Leonard

7255 W. Sunset Rd. #1079
Las Vegas, Nv. 89113
(702) 220-8545

July 12, 2004

To Whom It May Concern

Our Names Are Tom and Lorraine Zedaker. We Have Been Married For 47 Years and Have Lived in Las Vegas, NV Since 1961. I Retired 12 Years Ago, After Working on the Police Dept. For 30 Years. Lorraine Retired 5 Years Ago After Working in The Grocery Business For 38 Years.

We Are Writing This Letter in Regards To Bruce Barton. We Are Friends and Have Known Him Since 1977. We Met Him Because of Our Interest in Aviation. We Have Worked on Many Airplanes Together. We Have Also Been Flying Together, To Many Aviation Events.

In The Time We Have Known Him, We Have Never Heard Him Say Anything or Seen Him Do Anything Against Anybody.

To My Wife and I, He Has Always Been An Outstanding Person, and We Consider Him To Be A Great Personal Friend, Who Would Do Anything For You.

We Would Appreciate Any Consideration You Could Give Him.

Thank You

Tom Zedaker
Lorraine Zedaker

7-13-04

To Whom It May Concern

In 1968 Bruce Berтом moved into my Neighborhood, and we met from that day forward Bruce Berтом was and is a true Neighbor.

Bruce Berтом is a polite and plys in and out of the Neighborhood he'll take my Kids for rides and any time the whole Neighborhood.

When my well broke he was the first one to pipe water to me for as long as I needed it didn't ask, how long I would be broke down just Said Here it is.

When I was out of Work he was asked if I need anything anything no no videos he always brought Sin for my Kids.

Bruce Berтом's doors always open to anyone his opinion of any one was the best

I don't think there is one person in this Neighborhood that is not indebted to him for one thing or another

I have Known this Man for 30 years and never was he ever let me or anyone down

He watches My home and Kids when Jen and I work from home working.

My Kids or Wife can call Bruce and He will go out of his way to comfort them or have they call locked or lowed home

IN my opinion Bruce is one of a Kind you cant find Many people like him this is too bad that there is not a few Million like him

If the people that knew him payed him back He would be a Millionair

Bruce has a heart bigger than God him self

Respecfully your
Sincerely
Warren