UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

```
RECEIVED
✓ FILED       ____ SERVED ON
  ENTERED     COUNSEL/PARTIES OF RECORD

        JUL 30

CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____  DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>    Plaintiff, )<br>       )<br>vs. )<br>       )<br>BRUCE BARTON, )<br>       )<br>    Defendant. ) | CR-S- 02-0554-JCM(RJJ)<br><br>Date:  JULY 29, 2004<br><br>Time:  9:00  am to 9:45 am<br><br>**SENTENCING (Rule 32)  - Minutes** |

PRESENT:
THE HONORABLE  **JAMES C. MAHAN**                            , United States District Judge

| DAVID OAKES | JOY HINCK | |
|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter |

| KATHLEEN BLISS | Lawrence Schoenbach and Mace Yampolsky | FELIPE ORTIZ |
|---|---|---|
| Assistant U. S. Attorney | Defense Counsel ___Apt. _X_ Rtnd___AFPD | Probation Officer |

Defendant is _X_ present.  __In Custody    __On Summons    _X_ On Bond $__P.R.___

IN COURT PROCEEDINGS:   **IMPOSITION OF SENTENCE UPON DEFENDANT'S PLEA OF GUILTY TO**
            **COUNT  ONE (1) OF THE INFORMATION.**

__ Sentence is imposed.    _X_ Probation is granted.    __ Fine is imposed.   _X_ Assessment (18 USC §3013)
   __ Restitution ordered.   (SEE JUDGMENT)

_X_  Defendant is advised of his/her right to take an appeal.

__ On the motion of government counsel, and there being no objection, the Court ORDERS the following dismissed as to this defendant: _____

__ Defendant is granted a stay of execution of his/her sentence.  Defendant's bond is ORDERED exonerated at or after the date fixed for surrender.  (SEE JUDGMENT)

__ The Final Order of Forfeiture was approved and signed in open court.

__ The defendant is remanded to custody.

_X_  The defendant's bond is ORDERED exonerated.

__ Other:
       **IT IS SO ORDERED** government's motion for downward departure **(#16) is granted.**
       **IT IS FURTHER ORDERED** the governments oral motion to open the sealed sentencing hearing **is granted**.

LANCE S. WILSON, Clerk
United States District Court

_(signature)_

David Oakes, Deputy Clerk

F:\cr-s-02-0554\sent mins 7-29-04 Barton.wpd

```
FILED
ENTERED
COUNSEL/PARTIES OF RECORD

    AUG - 3 2004

CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____  DEPUTY
```

19