UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE HONORABLE JAMES C. MAHAN, JUDGE PRESIDING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    NO. CR-S-02-0554-JCM-RJJ

BRUCE BARTON,    SENTENCING

    Defendant.

_____/

**ORIGINAL**

REPORTER'S TRANSCRIPT OF PROCEEDINGS

THURSDAY, JULY 29, 2004

9:00 A.M.

**APPEARANCES:**

| | |
|---|---|
| For the Plaintiff: | KATHLEEN BLISS, AUSA |
| For the Defendant: | LAWRENCE SCHOENBACH, ESQ. |
| | MACE J. YAMPOLSKY, ESQ. |
| Probation Officer: | FELIPE ORTIZ |
| Reported by: | Joy Hinck, CCR 275 |
| | Official Federal Court Reporter |

JOY HINCK, CCR 275
LAS VEGAS, NEVADA (702)384-3188

21